UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN, | 1:14-cv-00575-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR STAY |
| vs. | (Doc. 20.) |
| A. MARTIN, et al., | |
| Defendants. | |

## I.   BACKGROUND

Demetrius Terrell Freeman ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff filed the Complaint commencing this action on April 21, 2014.  (Doc. 1.)

On August 15, 2014, Plaintiff filed a motion for stay of the proceedings in this action. (Doc. 8.)

## II.   MOTION TO STAY

Plaintiff requests the court to stay the proceedings in this action because of his condition following eye surgery having been stabbed in the right eye.  Plaintiff asserts that he is currently detained in segregated housing, lacks access to his legal materials, and suffers from blurred vision and extreme headaches.

1

The Court does not lightly stay litigation, due to the possibility of prejudice to defendants. There are currently no pending court deadlines in this action, and the Complaint awaits the court's requisite screening under 28 U.S.C. § 1915A. While Plaintiff has shown good cause for a delay in the proceedings, a stay of the entire action is not Plaintiff's only remedy. If Plaintiff requires additional time to respond to any deadline that may arise in this action, he should file a motion for extension of time before the deadline expires. The court routinely grants extensions of time when good cause is shown. Based on the foregoing, Plaintiff's motion to stay this action shall be denied.

### III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay this action, filed on August 15, 2014, is DENIED.

IT IS SO ORDERED.

Dated:   **August 21, 2014**                       **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE