UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEMETRIUS TERRELL FREEMAN,

            Plaintiff,

        vs.

A. MARTIN, et al.,

            Defendants.

1:14-cv-00575-GSA-PC

ORDER DENYING MOTION AS MOOT
(Doc. 20.)

ORDER FOR CLERK TO MAIL COPIES
OF CASE DOCUMENTS TO PLAINTIFF
(Docs. 11, 12, 13.)

      On December 10, 2014, Demetrius Terrell Freeman ("Plaintiff") filed a motion for the court to hold a scheduling conference in this action. (Doc. 14.) Plaintiff's motion is moot because this case was dismissed on October 31, 2014, for Plaintiff's failure to prosecute.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Plaintiff's motion, filed on December 10, 2014, is DENIED as moot; and

      2.     The Clerk of Court is directed to SEND Plaintiff copies of the court's orders of September 29, 2014 and October 31, 2014, and the judgment of October 31, 2014, at his current address of record (Docs. 11, 12, 13.)

IT IS SO ORDERED.

   Dated:  __December 12, 2014__       _____/s/ Gary S. Austin_____
                                          UNITED STATES MAGISTRATE JUDGE