UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN,<br><br>    Plaintiff,<br><br>   vs.<br><br>A. MARTIN, et al.,<br><br>    Defendants. | 1:14-cv-00575-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 17.) |

On February 6, 2015, ("Plaintiff") filed a motion for a telephonic hearing.  (Doc. 17.) Plaintiff's motion is moot because this case was dismissed on October 31, 2014, for Plaintiff's failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on February 6, 2015, is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **February 9, 2015**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE