UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>A. MARTIN, et al.,<br><br>    Defendants. | 1:14-cv-00575-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS RECOMMENDATIONS<br>(ECF No. 29.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, FOR LACK OF JURISDICTION<br>(ECF No. 28.) |

**I. BACKGROUND**

Demetrius Terrell Freeman ("Plaintiff"), is a federal prisoner proceeding *pro se* with this action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2017, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied for lack of jurisdiction. (ECF No. 29.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has expired, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on April 13, 2017, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on April 10, 2017, is DENIED, for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **May 12, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE